PEOPLE v THORNTON. Appeal from Recorder's Court of Detroit, Ollie B. Bivins, Jr., J. Submitted Division 1 March 14, 1972, at Detroit. (Docket No. 12644.) Decided May 5, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas P. Smith*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and QUINN, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of breaking and entering with intent to commit a larceny;* he was sentenced, and he appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.

PEOPLE v CARTER. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 April 4, 1972, at Grand Rapids. (Docket No. 12686.) Decided May 5. 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Walter D. Meyers*, for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and R. B. BURNS, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to armed robbery and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.

---

* MCLA 750.110; MSA 28.305.